NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3127

KELLY S. JENNINGS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in CB7521070026-T-1.

ON MOTION

### O R D E R

The respondent moves for a 16-day extension of time, until May 26, 2010, to file its response to petitioner's motion to correct the certified list.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

MAY 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Norman H. Jackman, Esq.
Austin M. Fulk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK